IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| MASON VAUGHAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:24CV186 |
| DELTA DELTA DELTA FRATERNITY, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants Delta Delta Delta Fraternity, Delta Delta Delta Park Street Properties, LLC and Delta Delta Delta Foundation (collectively, "Defendants") Third Unopposed Motion For Extension Of Time To Answer, Move, Or Otherwise Respond To Plaintiffs' Complaint [Doc. #21]. In light of the notice of settlement, the Court finds good cause to allow the requested extension.

IT IS HEREBY ORDERED that the Motion [Doc. #21] is GRANTED, and Defendants shall answer, move, or otherwise respond to the Plaintiff's Complaint, or the Parties shall otherwise file a motion for preliminary approval of the settlement, on or before September 23, 2024.

This, the 14th day of August, 2024.

_____
Joi Elizabeth Peake
United States Magistrate Judge