IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-186

| | |
|---|---|
| MASON VAUGHAN, *individually and on behalf of himself and all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **JOINT NOTICE OF SETTLEMENT** |
| DELTA DELTA DELTA FRATERNITY, DELTA DELTA DELTA FOUNDATION, DELTA DELTA DELTA PARK STREET PROPERTIES, LLC, and DELTA DELTA DELTA NATIONAL HOUSE CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiff Mason Vaughan ("Plaintiff") and Defendants Delta Delta Delta Fraternity, Delta Delta Delta Foundation, Delta Delta Delta Park Street Properties, LLC, and Delta Delta Delta National House Corporation ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, and in response to the Court's August 13, 2024 notice [DE 20], hereby notify the Court that a settlement has been reached between the Parties.

Based on the foregoing, and as Ordered on August 14, 2024 [DE 22], the Parties intend to file a motion for preliminary approval of the settlement on or before September 23, 2024.

Respectfully submitted, this the 14th day of August, 2024.

| | |
|---|---|
| **MAGINNIS HOWARD** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| BY: */s/ Karl S. Gwaltney*<br>KARL S. GWALTNEY<br>N.C. State Bar No. 45118<br>7706 Six Forks Road, Suite 101<br>Raleigh, NC 27615<br>Telephone: 919-526-0450 | By: */s/ Mark Ishman*<br>Mark Ishman (mishman@grsm.com)<br>N.C. State Bar No. 27908<br>421 Fayetteville Street, Suite 330<br>Raleigh, NC 27601 |

1

Fax: 919-882-8763
kgwaltney@carolinalaw.com

*Attorney for Plaintiff*

Phone: (919) 787-4555
Fax:     (919) 741-5840

Joseph Salvo (*pro hac vice* forthcoming)
John T. Mills (*pro hac vice* forthcoming)
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: 212-269-5500
jsalvo@grsm.com
jtmills@grsm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all parties of record.

Dated this the 14th day of August, 2024.

                                           **MAGINNIS HOWARD**

**BY:** */s/ Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Telephone: 919.526.0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com