IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MASON VAUGHAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:24CV186 |
| ) | |
| DELTA DELTA DELTA ) | |
| FRATERNITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff Mason Vaughan, individually and on behalf of all others similarly situated, and Defendants Delta Delta Delta Fraternity, Delta Delta Delta Park Street Properties, LLC and Delta Delta Delta Foundation Joint Motion For Extension Of Time To File Motion For Preliminary Approval. The Court finds good cause to allow the requested extension of time.

IT IS HEREBY ORDERED that the Joint Motion [Doc. #24] is GRANTED, and the Parties shall file a motion for preliminary approval of the settlement on or before October 23, 2024.

This, 7th day of October, 2024.

Joi Elizabeth Peake
United States Magistrate Judge