IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-186

| | |
|---|---|
| MASON VAUGHAN, *individually and on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA DELTA DELTA FRATERNITY, DELTA DELTA DELTA FOUNDATION, DELTA DELTA DELTA PARK STREET PROPERTIES, LLC, and DELTA DELTA DELTA NATIONAL HOUSE CORPORATION,<br><br>    Defendants. | **CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING** |

Plaintiff Mason Vaughan ("Plaintiff"), on behalf of himself and all others similarly situated, moves for an Order certifying the Class, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Class, and scheduling a fairness hearing. Defendants consent to this Motion.

For the reasons described in Plaintiff's memorandum of law in support of this motion and the Settlement Agreement with its attachments and exhibits (attached to Plaintiff's memorandum of law as **Exhibit 1**), Plaintiff respectfully requests that this Court grant the motion and enter the proposed order on Preliminary Approval of Class Action Settlement.

Respectfully submitted, this the 23rd day of October, 2024.

1

**MAGINNIS HOWARD**

BY: */s/ Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all parties of record.

Dated this the 23rd day of October, 2024.

**MAGINNIS HOWARD**

BY: /s/ Karl S. Gwaltney
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com