IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-186

| | |
|---|---|
| MASON VAUGHAN, *individually and on behalf of himself and all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | ) **UNOPPOSED MOTION FOR FINAL** |
| | ) **APPROVAL OF CLASS ACTION** |
| v. | ) **SETTLEMENT** |
| | ) |
| DELTA DELTA DELTA FRATERNITY, DELTA DELTA DELTA FOUNDATION, DELTA DELTA DELTA PARK STREET PROPERTIES, LLC, and DELTA DELTA DELTA NATIONAL HOUSE CORPORATION, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff Mason Vaughan ("Plaintiff"), on behalf of himself and all others similarly situated, respectfully moves this Court for an Order granting Final Approval of the Class Action Settlement reached between Plaintiff and Defendants, Delta Delta Delta Fraternity, Delta Delta Delta Foundation, Delta Delta Delta Park Street Properties, LLC, and Delta Delta Delta National House Corporation ("Defendants"). Plaintiff's counsel has consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiff's memorandum of law in support of this motion and the Settlement Agreement with its attachments and exhibits (attached to Plaintiff's memorandum of law as **Exhibit 1**), Plaintiff respectfully requests that this Court grant the motion and enter the proposed order on Final Approval of Class Action Settlement.

Respectfully submitted, this the 10th day of February, 2025.

1

**MAGINNIS HOWARD**

BY: */s/ Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all parties of record.

Dated this the 10th day of February, 2025.

**MAGINNIS HOWARD**

**BY:** /s/ Karl S. Gwaltney
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com