IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MASON VAUGHAN, *individually and on behalf of himself and all others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DELTA DELTA DELTA FRATERNITY, DELTA DELTA DELTA FOUNDATION, DELTA DELTA DELTA PARK STREET PROPERTIES, LLC, and DELTA DELTA DELTA NATIONAL HOUSE CORPORATION, | ) ) ) ) ) ) ) ) ) | 1:24CV186 |
| Defendants. | ) | |

## JUDGMENT

Based on the Findings of Fact and Conclusions of Law set forth in the Final Approval of Class Action Settlement Order, and Order Granting Plaintiff's Motion for Attorneys' Fees, Costs and Service Award filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Attorneys' Fees, Costs and Service Award, (ECF No. 29), is **GRANTED** as follows:

1. Class Counsel is awarded attorneys' fees and expenses in the total amount of **$50,000.00**, to be paid from the Settlement Fund.

2. Plaintiff Mason Vaughan is awarded a Service Award of **$2,500.00**, to be paid from the Settlement Fund, in recognition of his efforts in representing the Settlement Class.

3. The Settlement Administrative fees to CPT Group, Inc., shall not exceed **$17,000.00** to be paid from the Settlement Fund.

4. That **$5,580** for Identity Theft Credit Monitoring shall he paid to CyEx, LLC from the Settlement Fund.

5. These amounts outlined in paragraphs 1, 2, 3 and 4 shall be distributed by the Settlement Administrator in accordance with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court hereby dismisses this action, and all claims and causes of action asserted therein, on the merits and with prejudice, as to Plaintiff and all Class Members. This dismissal is without costs to any party, except as specifically provided in the Settlement Agreement, and this action is hereby **DISMISSED**.

This 14th day of April 2025.

/s/ Loretta C. Biggs
Senior United States District Judge